Appeal of **FRED C. CHAMPLIN.**  **Docket No. 2419.**

Submitted April 27, 1925; decided May 26, 1925.

*Harry O. Glasser, Esq.*, for the taxpayer.
*Benjamin H. Saunders, Esq.*, for the Commissioner.

Before IVINS, MORRIS, and LOVE.

This appeal is from a determination of a deficiency in income taxes for the year 1920 in the sum of $726.40.

It is alleged in taxpayer's petition that the only point in controversy is the disallowance by the Commissioner of an alleged loss of $6,000 on the part of taxpayer in the purchase by him of a tract of prospective oil land.

### FINDINGS OF FACT.

Counsel for the Commissioner admitted the facts alleged in the petition and agreed that said facts may be considered as proven. Said petition, in substance, alleges that in April, 1918, the taxpayer purchased the fee simple title to eighty acres of land in Oklahoma and paid therefor the sum of $8,500, and that he made said investment on the belief that said land would produce oil. Soon after said purchase, test wells were drilled on adjacent tracts of land and all of said test wells proved nonproductive of oil, which result destroyed the value of taxpayer's land for oil purposes. The value of the tract for farm purposes was only $2,500. The taxpayer had not sold or otherwise disposed of his fee simple title to the land in 1920.

### DECISION.

There being no closed transaction to establish loss to the taxpayer, the determination of the Commissioner is approved.

---

Appeal of **H. MAIMIN CO., INC.**  **Docket No. 1393.**

Submitted April 27, 1925; decided May 26, 1925.

*Edward M. Hyans, C. P. A.*, for the taxpayer.
*M. N. Fisher, Esq.*, for the Commissioner.

Before JAMES, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income and profits taxes for the years 1918 and 1919 in a total sum of $1,298.25.

### FINDINGS OF FACT.

The taxpayer is a New York corporation with its principal office located in New York City.

On May 14, 1914, the taxpayer acquired from H. Maimin certain assets formerly owned by a Pennsylvania corporation called H. Maimin & Company.

At its organization, the taxpayer acquired a certain patent, No. 957,070, dated May 3, 1910. On July 14, 1914, the taxpayer acquired a certain patent, No. 1,103,791. On January 19, 1915, the taxpayer acquired a certain patent, No. 1,125,434. On April 23, 1918, the taxpayer acquired a certain patent, No. 1,263,450. On February 8, 1916, the taxpayer acquired a certain patent, No. 1,170,652.

The Commissioner in auditing the taxpayer's income and profits-tax returns for the years in question disallowed as invested capital a value of $25,000 in connection with the aforesaid patents, and disallowed as deductions certain amounts claimed on account of exhaustion of the said patents.

### DECISION.

The determination of the Commissioner is approved.

---

### Appeal of MARY ORBACH.        Docket No. 1951.

Submitted April 29, 1925; decided May 26, 1925.

*Robert A. Littleton, Esq.*, for the Commissioner.

Before JAMES, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income tax for the year 1920 in the amount of $621.08.

No testimony was offered by the taxpayer. From the allegations of the petition admitted by the answer, and from the revenue agent's report and the income-tax return of the taxpayer introduced in evidence by the Commissioner, the Board makes the following

### FINDINGS OF FACT.

The taxpayer is an individual residing at Wallington, New Jersey. In her income-tax return for 1920 the taxpayer claimed a deduction as business expenses in the sum of $4,200 on account of lawyer's fees expended during that year. The Commissioner disallowed the deduction.

### DECISION.

The determination of the Commissioner is approved.

---

### Appeal of FORT CUMBERLAND HOTEL CO.        Docket No. 2067.

Submitted April 13, 1925; decided May 26, 1925.

*Edward P. Leeds, C. P. A.*, for the taxpayer.
*Percy S. Crewe, Esq.*, for the Commissioner.

Before STERNHAGEN, TRAMMELL, PHILLIPS, and LOVE.

This appeal is from a determination by the Commissioner of a deficiency in income taxes for the year 1919 in an amount less than $10,000.